UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

September 12, 2011

TO COUNSEL OF RECORD

Re:   MVP Lanes, LLC v. RI Hispanic BancGroup, LLC
      Civil No. RDB 11-2402

Dear Counsel:

On Wednesday, September 7, 2011 This Court held a hearing on Plaintiff MVP Lanes, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 1). This Court continued consideration of that motion provided that the Defendant RI Hispanic BancGroup, LLC deposit $90,000 into the Court's Registry by 5:00 p.m. Friday, September 9, 2011. *See* Order, ECF No. 12. After the money was not deposited into the Court's Registry, a teleconference was held today, Monday, September 12, 2011. During the teleconference, counsel agreed to continue the hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction until Wednesday, September 14 at 11:00 a.m. In connection with the continued motions hearing, it is this 12th day of September, 2011, hereby ORDERED that Martien Eerhart, Managing Member of Defendant RI Hispanic BancGroup, LLC be present and available at the hearing.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

/s/ Richard D. Bennett
Richard D. Bennett
United States District Court Judge

cc   Addressees
     Court File - Original