**EXHIBIT J**

RI Hispanic BancGroup LLC
May 17, 2011

Dr. William Hyatt Gordon, LEED-AP
Gordon Atlantic Development Corporation
144 W 127th Street – 1LL
New York, New York, 10028

*via email: whg@gordonatlantic.com*

**RE:  MVP Lanes – GG Commercial Real Estate**

Dear Dr. Gordon,

This letter is in reference to MVP Lanes, LLC.. We confirm approval for the issuance of a $65 million Stand-by Letter of Credit (SBLC) for MVP Lanes has occurred. A bank instrument called a SWIFT MT 799 was arranged to be sent to MVP Lanes, LLC. The issuing bank, Scotiabank has informed us that the SWIFT MT 799 was sent. We have requested a copy of the MT 799 from the issuing bank. We will have the copy shortly, at which time the copy will of the transmittal will be delivered to MVP Lanes LLC's lender SOJ Ventures/JP Morgan Chase. We expect that this situation will be resolved expeditiously, and plan to close the entire transaction, five (5) business days after the MT 799 is correctly identified within the SWIFT system. We apologize for any inconvenience in this matter, and are working hastily to resolve outstanding issues. Most importantly, the issues at hand are bank administrative situations that need to be resolved between the issuing bank, Scotiabank, the receiving bank, JP Morgan Chase, and SWIFT. Please contact me at the following number +1-401-206-0441, or via email at marty@confirmedfunds.com for further clarification.

Kind Regards,

Marty Eerhart
MM.