**EXHIBIT K**

# Scotiabank

```
-------------------Instance Type and Transmission-----------------
Notification (transmission) of original sent to SWIFT ACK
Network Delivery Status      : Network Ack
Priority Input Reference     : 1729 171711NOSCDOSD70676767632129
(4: I    700 1729 171711NOSCDOSD70676767632129     3356 N)
-------------------------------Messege Header---------------------
Swift Input Reference        : MT700 ISSUE OF A DOCUMENTARY CREDIT
                             : Advising without engagement
                             : When pre-advised by teletransmission
                             : Each amendment
                             : Advising with our engagement
                             : Issuance for your account
                             : Drawing commission, clean or documentary
                             : Cancellation
Sender                       : NOSCDOSD
                               DOM
Receiver                     : BOFAUS3N
                               100 West 33rd Street
                               New York, NY 10001
-----------------------------Messege Text-------------------------
```

40c: SENASTEGROUP/MVPLANES/SBCL/65M/06082011
WE, SCOTIABANK, HEREBY OPEN OUR UNCONDITIONAL, IRREVOCABLE STAND-BY
LETTER OF CREDIT IN FAVOR OF ALDAIR INVESTMENTS, LLC. IN THE AMOUNT
OF SIXTY FIVE MILLION USD ($65,000,000), TO EXPIRE ONE YEAR FROM THE
DATE OF ISSUE.

WE HEREBY IRREVOCABLY AGREE TO PAY THE BENEFICIARY ON RECEIPT OF
DEMAND BY WAY OF MAIL, COURIER OR AUTHENTICATED SWIFT, WITHOUT ANY
FURTHER PROOF OR CONDITION. PARTIAL DRAWS OR MULTIPLE DRAWS ARE PRO-
HIBITED. THIS STAND-BY LETTER OF CREDIT WILL EXPIRE ON THE ABOVE
EXPIRY DATE AT OUR COUNTERS, AFTER WHICH DATE OUR LIABILTY UNDER
THIS LETTER OF CREDIT WILL CEASE AND WILL BE OF NO FURTHER EFFECT
WHETHER THIS INSTRUMENT IS RETURNED TO US OR NOT.

WE HEREBY ENGAGE WITH THE BENEFICIARY THAT THE DEMAND FOR PAYMENT
RECEIVED IN CONFORMITY WITH THE TERMS OF THIS STAND-BY LETTER OF
CREDIT WILL BE DULY HONORED UPON PRESENTATION.

THIS IS AN OPERATIVE, UNCONDITIONAL, IRREVOCABLE, FULLY CONFIRMED
AND RECORDED STANDY-BY LETTER OF CREDIT ISSUED WITH FULL BANK RES-
PONSIBILITY AND LIABILITY. THIS INSTRUMENT IS TRANSFERABLE, ASSIGNA-
BLE, AND CALLABLE AND IS ISSUED IN ACCORDANCE TO THE RULES AND
REGULATIONS AS PROMULGATED UNDER THE UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS AS SET FORTH BY THE INTERNATIONAL CHAMBER OF
COMMERCE IN PARIS, FRANCE (ICC 458/500/600) THE LATEST VERSION
INCLUDING AMENDMENTS AND MAY BE VERIFIED ON A BANK TO BANK BASIS
ONLY.

12949

```
17/07/2001-02:29:26                    LocalSwiftAcks-8393-337144
-----------------------------Messege Trailer----------------------
(CHK:03s5BTO8GI03)
PKI Signature: MAC-Equivalent
```