IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MVP LANES, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB- 11-2402 |
| RI HISPANIC BANCGROUP, LLC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of October, 2011, hereby ORDERED that:

1. Defendant RI Hispanic BancGroup, LLC's Motion to Dismiss (ECF No. 17) is DENIED;

2. Defendant RI Hispanic must file a status report on its efforts to secure a bond in the amount of $90,000 and the posture of this case by 5:00 p.m. Tuesday, October 11, 2011; and

3. The Clerk of the Court transmit this Order and accompanying Memorandum Opinion to counsel.

/s/_____
Richard D. Bennett
United States District Judge

1