**EXHIBIT 2**

**Jeffrey Kotz**

| | |
|---|---|
| **From:** | Wold, William R [william.r.wold@jpmchase.com] |
| **Sent:** | Friday, October 21, 2011 11:54 AM |
| **To:** | Jeffrey Kotz |
| **Subject:** | RE: MVP Lanes v. RI Hispanic - Subpoena |

Mr. Kotz –

We were contacted by attorney Orlando J. Mayo of The Mayo Law Group in Baltimore, 410-727-6296, Orlando@mayolawgroup.com, advising that he is representing the customer and that he intends to file a motion to quash. I was mistaken when I said that he has already sent us a motion to quash – he has not yet done so. He did send us a letter informing us of his intentions, and per our legal department, he has until 10/27/2011 to provide us with a properly filed motion to quash or we will comply with the subpoena. Please contact Mr. Mayo with further questions about his representation of the customer.

William Wold
JPMorgan Chase Bank
National Subpoena Processing
317-757-7439

1