IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MVP LANES, LLC | * | |
| Plaintiff | * | |
| v. | * | Case No. RDB 11 CV 2402 |
| RI HISPANIC BANCGROUP, LLC | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>DISCLOSURE OF CORPORATE INTEREST</u>

I certify, as counsel for Defendant, RI Hispanic BancGroup, LLC ("RIHB"), that RIHB is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

       /s/
Samuel M. Riley
Bar No. 08842

Samuel M. Riley, LLC
409 Washington Avenue, Suite 200
Baltimore, Maryland 21204
410-296-8350

Attorney for Defendant,
RI Hispanic BancGroup, LLC

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of November, 2011, copies of this Disclosure of Corporate Interest were served by E-Filing on the parties to this action.

    /s/
Samuel M. Riley

Attorney for Defendant,
RI Hispanic BancGroup, LLC