UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**  U.S. Courthouse - Chambers 5D
**Richard D. Bennett**  101 W. Lombard Street
**United States District Judge**  Baltimore, MD 21201
**Northern Division**  Tel:  410-962-3190
 Fax: 410-962-3177

March 7, 2012

**LETTER ORDER**

TO COUNSEL OF RECORD

 Re: MVP Lanes, LLC v. RI Hispanic BancGroup, LLC
  Civil No. RDB 11-2402

Dear Counsel:

 This Letter will confirm the teleconference held today in the above referenced case. On February 2, 2012, this Court issued a Memorandum Order denying Movant Cape Canaveral Investments, Corp.'s Motion to Quash Subpoena (ECF No. 30).  *See* Mem. Order, ECF No. 42.  In the abundance of caution, however, this Court agreed to conduct an *in camera* review of the documents insofar as counsel for Cape Canaveral asserted privilege over the subpoenaed documents.  At today's hearing, counsel for Cape Canaveral indicated that it was not asserting a privilege over the documents, but instead objected to the breadth of the subpoena.  That objection was overruled by this Court in its Memorandum Order denying Cape Canaveral's motion to quash, and was again overruled during today's teleconference.

 Accordingly, Plaintiff MVP Lanes, LLC is entitled to the entire universe of documents responsive to the subpoena, and counsel for MVP agreed to pick up the documents from this Court's Chambers today.  Furthermore, Defendant RI Hispanic BancGroup, LLC is also entitled to the documents, and its counsel similarly agreed to pick up a copy of the documents from this Court's Chambers.

 Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

 Sincerely,

 /s/_____
 Richard D. Bennett
 United States District Judge