# Anthony I. Butler

| | |
|---|---|
| **From:** | Marty Eerhart <meerh@usa.net> |
| **Sent:** | Tuesday, August 28, 2012 4:17 PM |
| **To:** | Anthony Butler |
| **Cc:** | Anthony I. Butler |
| **Subject:** | Fw: Certificate of Dutch Nationality |

Sent via BlackBerry from T-Mobile

---

**From:** "Consulate of the Netherlands, Boston" <info@nl-consulateboston.org>
**Date:** Tue, 28 Aug 2012 16:13:12 -0400
**To:** 'Martien Eerhart'<meerh@usa.net>
**Subject:** Certificate of Dutch Nationality

Dear Mr. Eerhart,

Reference is made to your application for a "Certificate of Nationality" of August 21, 2012.

The Royal Netherlands Embassy in Washington DC requests you to provide a recently issued letter of the Law Office in the Netherlands that you handed in with your application. You are also requested to come by at the Consulate in Boston and show us your original NL-passport.

Sincerely,
Gerda Maaskant
Consular Officer
**CONSULATE OF THE NETHERLANDS**,
Park Plaza Office Building
20 Park Plaza, Suite 524,
Boston, MA 02116
Phone: 617-542-8452
Fax: (617)542-3304
Email: info@nl-consulateboston.org
www.rsonac.org

Office hours: Monday thru Friday 10:00AM-01:00PM
To make an appointment please go to: www.dutchappointments.com
**THE CONSULATE WILL BE CLOSED ON LABOR DAY, MONDAY SEPTEMBER 3, 2012**
Do you still have questions after reviewing the information available on our web site?
The Netherlands Information Desk (NID) can answer your questions or point you in the right direction.
Please call 1-877-DUTCHHELP (1-877-388-2443) between 8.00 AM - 8.00 PM EST, or send an e-mail to nid@the-netherlands.org


Koninkrijk der Nederlanden